UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINNOSUKE UCHIDA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC,<br><br>    Defendant. | Case No.  22-mc-80155-AGT<br><br>**ORDER TO REASSIGN CASE** |

The Court gave YouTube, LLC, until July 14, 2022, to respond to Shinnosuke Uchida's application to obtain discovery under 28 U.S.C. § 1782(a). YouTube didn't respond by that date.

Uchida's "application for court-ordered discovery pursuant to § 1782 [is] a dispositive matter." *CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022). The undersigned cannot resolve the application unless all parties consent to magistrate-judge jurisdiction. *See id.*; *see also* 28 U.S.C. § 636. YouTube hasn't appeared and consented, so the Clerk of the Court must reassign this case to a district judge for further proceedings.

**IT IS SO ORDERED.**

Dated: July 15, 2022

Alex G. Tse
United States Magistrate Judge